UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

                Petitioner,

      v.

JEFFREY UTTECHT,

                Respondent.

CASE NO. C13-5085 RJB

ORDER ADOPTING REPORT AND
RECOMMENDATION

      The Court, having reviewed the Report and Recommendation of Magistrate Judge J.
Richard Creatura, objections to the Report and Recommendation, if any, and the remaining
record, does hereby find and ORDER:

      1.      The Court adopts the Report and Recommendation (Dkt. 5);

      2.      The Clerk's Office is directed to transfer this petition to the Ninth Circuit
                pursuant to Ninth Circuit Rule 22-3 (a).

      3.      The Motion for Leave to Proceed In forma Pauperis (Dkt. 8) is denied as moot.

      4.      The Clerk is directed to send a copy of this Order to Petitioner, and to the Hon. J.
                Richard Creatura.

      DATED this 13th day of May, 2013.

ROBERT J. BRYAN
United States District Judge